# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DETOGNE, GREGORY § Case No. 15-09355
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/17/2015. The undersigned trustee was appointed on 03/17/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    16,967.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 11.97 |
| Bank service fees | 260.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,350.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 13,344.09 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  10/07/2015  and the deadline for filing governmental claims was  10/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,111.70 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,111.70 , for a total compensation of $ 2,111.70 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2016         By:/s/JOSEPH E. COHEN
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-09355    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | DETOGNE, GREGORY | Date Filed (f) or Converted (c): 03/17/15 (f) |
| | | 341(a) Meeting Date: 04/10/15 |
| For Period Ending: | 08/03/16 | Claims Bar Date: 10/07/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Cash on hand Location: In debtor's possession | | | | | |
| 2. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| Checking Savings Location: In debtor's possession | | | | | |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Household goods Location: In debtor's possession | | | | | |
| 4. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| Books, Pictures Location: In debtor's possession | | | | | |
| 5. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel Location: In debtor's possession | | | | | |
| 6. Firearms and Hobby Equipment | 300.00 | 0.00 | | 0.00 | FA |
| Firearms and Sports Shotgun, Pistol Location: In debtor's possession | | | | | |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Interests in insurance Policies Location: In debtor's possession | | | | | |
| 8. Partnerships | 100.00 | 0.00 | | 0.00 | FA |
| Interests in Partnerships Greg A. Detogne, Public Relations Location: In debtor's possession | | | | | |
| 9. Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 1995 Chrysler Le Baron Location: In debtor's possession | | | | | |
| 10. 2014 Federal Tax Refund (u) | 16,985.00 | 16,985.00 | | 16,967.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $19,335.00      $16,985.00      $16,967.00      $0.00

(Total Dollar Amount in Column 6)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 15-09355  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DETOGNE, GREGORY | Date Filed (f) or Converted (c): | 03/17/15 (f) |
| | | 341(a) Meeting Date: | 04/10/15 |
| | | Claims Bar Date: | 10/07/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW June 13, 2016, 09:47 am

TRUSTEE TO REVIEW CLAIMS THAT HAVE BEEN FILED - 01/20/16. TRUSTEE HAS RECEIVED TAX REFUND - Oct. 31, 2015. TRUSTEE HAS DETERMINED THAT THERE IS A $16,985.00 TAX REFUND DUE TO DEBTOR.  TRUSTEE HAS FILED A MOTION FOR TURNOVER AND OBJECTION TO EXEMPTIONS - June 2, 2015.

Initial Projected Date of Final Report (TFR): 04/30/16      Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-09355 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DETOGNE, GREGORY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6272  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5579 | | |
| For Period Ending: | 08/03/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/15 | 10 | GREGORY DETOGNE | Tax refund | 1224-000 | 16,967.00 | | 16,967.00 |
| | | | Income tax refund | | | | |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.64 | 16,952.36 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.20 | 16,927.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 16,902.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.13 | 16,877.67 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.28 | 16,853.39 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.06 | 16,828.33 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.02 | 16,803.31 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 11.97 | 16,791.34 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.37 | 16,767.97 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.93 | 16,743.04 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.09 | 16,718.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.86 | 16,694.09 |
| 07/08/16 | 300002 | Gregory Detogne<br>c/o Douglas Zeit<br>32 North West Street<br>Waukegan, IL  60085 | Exemption to Debtor | 8100-000 | | 3,350.00 | 13,344.09 |

Page Subtotals    16,967.00    3,622.91

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-09355 -ABG |
| Case Name: | DETOGNE, GREGORY |
| Taxpayer ID No: | *******5579 |
| For Period Ending: | 08/03/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6272 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,967.00 | 3,622.91 | 13,344.09 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,967.00 | 3,622.91 | |
| Less: Payments to Debtors | | 3,350.00 | |
| Net | 16,967.00 | 272.91 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6272 | 16,967.00 | 272.91 | 13,344.09 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,967.00 | 272.91 | 13,344.09 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 03, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 15-09355 | | | Claim Class Sequence | | | |
| Debtor Name: DETOGNE, GREGORY | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $3,059.82 | $3,059.82 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $2,111.70 | $2,111.70 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $11.97 | $11.97 |
| 002<br>8100-00 | Gregory Detogne | Unsecured | | $0.00 | $3,350.00 | $3,350.00 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $8,736.65 | $8,736.65 |
| 000002<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,593.20 | $2,593.20 |
| 000003<br>070<br>7100-00 | JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183 | Unsecured | | $0.00 | $1,348.09 | $1,348.09 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $5,699.69 | $5,699.69 |
| | Case Totals: | | | $0.00 | $26,911.12 | $26,911.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09355  
Case Name: DETOGNE, GREGORY  
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 13,344.09

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,111.70 | $ 0.00 | $ 2,111.70 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,054.00 | $ 0.00 | $ 3,054.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 5.82 | $ 0.00 | $ 5.82 |
| Other: ADAMS-LEVINE | $ 11.97 | $ 11.97 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,171.52  
Remaining Balance $ 8,172.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 18,377.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  44.5  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 8,736.65 | $ 0.00 | $ 3,885.21 |
| 000002 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 2,593.20 | $ 0.00 | $ 1,153.20 |
| 000003 | JD Receivables LLC P.O. Box 382656 Germantown, TN 38183 | $ 1,348.09 | $ 0.00 | $ 599.50 |
| 000004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 5,699.69 | $ 0.00 | $ 2,534.66 |

    Total to be paid to timely general unsecured creditors    $   8,172.57

    Remaining Balance    $   0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE