IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GREGORY DETOGNE,** | ) | No. 15 B 09355 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:  See Attached List

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 8, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602
312-368-0300                                          BY:/s/ Joseph E. Cohen
                                                            One of His Attorney

PYOD, LLC its sucessors and assigns as assignee
Of CitiBank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Capital Recovery V, LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL   33131-1605

JD Receivables, LLC
P.O. Box 382656
Germantown, TN   38183

Gregory Detogne
16022 W. Gages Lake Road
Libertyville, IL   60048

Douglas Zeit
dezeitlaw@ameritech.net

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov