UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
DETOGNE, GREGORY                §    Case No. 15-09355
                                §
                                §
         Debtor                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                      Assets Exempt: 2,350.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  8,172.57    Claims Discharged
                                               Without Payment:  131,013.06

Total Expenses of Administration: 5,444.43

---

   3) Total gross receipts of $ 16,967.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,350.00 (see **Exhibit 2**), yielded net receipts of $ 13,617.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,444.43 | 5,444.43 | 5,444.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,873.00 | 18,377.63 | 18,377.63 | 8,172.57 |
| **TOTAL DISBURSEMENTS** | $ 132,873.00 | $ 23,822.06 | $ 23,822.06 | $ 13,617.00 |

4) This case was originally filed under chapter 7 on 03/17/2015 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/18/2016           By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Federal Tax Refund | 1224-000 | 16,967.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 16,967.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gregory Detogne | Exemptions | 8100-000 | 3,350.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,350.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,111.70 | 2,111.70 | 2,111.70 |
| ADAMS-LEVINE | 2300-000 | NA | 11.97 | 11.97 | 11.97 |
| ASSOCIATED BANK | 2600-000 | NA | 260.94 | 260.94 | 260.94 |
| COHEN & KROL | 3110-000 | NA | 2,036.01 | 2,036.01 | 2,036.01 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,017.99 | 1,017.99 | 1,017.99 |
| COHEN & KROL | 3120-000 | NA | 5.82 | 5.82 | 5.82 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,444.43 | $ 5,444.43 | $ 5,444.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Condell 5651 Broadmoor Mission, KS  66202 | | 7,000.00 | NA | NA | 0.00 |
| | Boomingdales P,.O. Box 183083 Columbus, OH  43218 | | 1,540.00 | NA | NA | 0.00 |
| | Chae Cardmember Svc P.O. Box 15153 Wilmington, DE  19886 | | 3,311.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15123 Wilmington, DE  19850 | | 1,800.00 | NA | NA | 0.00 |
| | Chase P.O. Box 6026 Mail Code IL 1-0054 Chicago, IL  60680 | | 35,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. box 15123 Wilmington, DE 19850 | | 7,159.00 | NA | NA | 0.00 |
| | Chase P.O. box 15123 Wilmington, DE 19850 | | 6,745.00 | NA | NA | 0.00 |
| | Chase Cardmember Svc P.O. Box 15153 Wilmington, DE 19886-5153 | | 5,050.00 | NA | NA | 0.00 |
| | Consumers Credit Union P.O. Box 503 Mundelein, IL 60060 | | 6,645.00 | NA | NA | 0.00 |
| | IL Dermatology/Inst. ICS 2622 Mementum Place Chicago, IL 60689 | | 1,014.00 | NA | NA | 0.00 |
| | Lake County Radiology 44600 Garfield Road Clinton township, MI 48038 | | 65.00 | NA | NA | 0.00 |
| | Lake Shore Gastroenterology P.O. Box 7630 Gurnee, IL 60031 | | 198.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology<br>75 Remittance Drive<br>Ste 37<br>Chicago, IL 60675 | | 350.00 | NA | NA | 0.00 |
| | North Shore Endoscopy<br>101 S Waukegan Road<br>Ste 980<br>Lake Bluff, IL 60044 | | 380.00 | NA | NA | 0.00 |
| | PNC<br>P.O. Box 3429<br>Pittsburgh, PA 15230 | | 18,700.00 | NA | NA | 0.00 |
| | Park Ridge Anesthesia<br>P.O. Box 1123<br>Jackson, MI 94204 | | 282.00 | NA | NA | 0.00 |
| | SHell<br>P.O. Box 183019<br>Columbus, OH 43218 | | 707.00 | NA | NA | 0.00 |
| | Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117 | | 5,700.00 | NA | NA | 0.00 |
| | Surgeons of Lake County<br>1870 W Winchester Road<br>Ste 112<br>Libertyville, IL 60048 | | 960.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo WF Business Direct P.O. Box 348750 Sacramento, CA 95834 | | 16,302.00 | NA | NA | 0.00 |
| | Yard Card P.O. Box 731 Mahwah, NJ 07430 | | 1,200.00 | NA | NA | 0.00 |
| 000002 | CAPITAL RECOVERY V, LLC | 7100-000 | 2,430.00 | 2,593.20 | 2,593.20 | 1,153.20 |
| 000003 | JD RECEIVABLES LLC | 7100-000 | 1,155.00 | 1,348.09 | 1,348.09 | 599.50 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 8,480.00 | 8,736.65 | 8,736.65 | 3,885.21 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 5,699.69 | 5,699.69 | 2,534.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 132,873.00 | $ 18,377.63 | $ 18,377.63 | $ 8,172.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-09355 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | DETOGNE, GREGORY | | | Date Filed (f) or Converted (c): | 03/17/15 (f) |
| | | | | 341(a) Meeting Date: | 04/10/15 |
| For Period Ending: | 10/18/16 | | | Claims Bar Date: | 10/07/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Cash on hand Location: In debtor's possession | | | | | |
| 2. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| Checking Savings Location: In debtor's possession | | | | | |
| 3. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Household goods Location: In debtor's possession | | | | | |
| 4. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| Books, Pictures Location: In debtor's possession | | | | | |
| 5. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel Location: In debtor's possession | | | | | |
| 6. Firearms and Hobby Equipment | 300.00 | 0.00 | | 0.00 | FA |
| Firearms and Sports Shotgun, Pistol Location: In debtor's possession | | | | | |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Interests in insurance Policies Location: In debtor's possession | | | | | |
| 8. Partnerships | 100.00 | 0.00 | | 0.00 | FA |
| Interests in Partnerships Greg A. Detogne, Public Relations Location: In debtor's possession | | | | | |
| 9. Vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 1995 Chrysler Le Baron Location: In debtor's possession | | | | | |
| 10. 2014 Federal Tax Refund (u) | 16,985.00 | 16,985.00 | | 16,967.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $19,335.00      $16,985.00      $16,967.00      $0.00

(Total Dollar Amount in Column 6)

Case 15-09355    Doc 42    Filed 11/07/16    Entered 11/07/16 15:05:23    Desc Main
Document      Page 10 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-09355  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DETOGNE, GREGORY | Date Filed (f) or Converted (c): | 03/17/15 (f) |
| | | 341(a) Meeting Date: | 04/10/15 |
| | | Claims Bar Date: | 10/07/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT AMENDED TFR TO US TEE FOR REVIEW August 05, 2016, 01:54 pm

SENT TFR TO US TEE FOR REVIEW June 13, 2016, 09:47 am

TRUSTEE TO REVIEW CLAIMS THAT HAVE BEEN FILED - 01/20/16. TRUSTEE HAS RECEIVED TAX REFUND - Oct. 31, 2015. TRUSTEE HAS
DETERMINED THAT THERE IS A $16,985.00 TAX REFUND DUE TO DEBTOR.  TRUSTEE HAS FILED A MOTION FOR TURNOVER AND OBJECTION
TO EXEMPTIONS - June 2, 2015.

Initial Projected Date of Final Report (TFR): 04/30/16        Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-09355 -ABG |
| Case Name: | DETOGNE, GREGORY |
| Taxpayer ID No: | *******5579 |
| For Period Ending: | 10/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6272  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/15 | 10 | GREGORY DETOGNE | Tax refund<br>Income tax refund | 1224-000 | 16,967.00 | | 16,967.00 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.64 | 16,952.36 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.20 | 16,927.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 16,902.80 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.13 | 16,877.67 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.28 | 16,853.39 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.06 | 16,828.33 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.02 | 16,803.31 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 11.97 | 16,791.34 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.37 | 16,767.97 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.93 | 16,743.04 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.09 | 16,718.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.86 | 16,694.09 |
| 07/08/16 | 300002 | Gregory Detogne<br>c/o Douglas Zeit<br>32 North West Street<br>Waukegan, IL  60085 | Exemption to Debtor | 8100-000 | | 3,350.00 | 13,344.09 |
| * 09/09/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Trustee Compensation | 2100-003 | | 2,111.70 | 11,232.39 |
| 09/09/16 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | | | 2,041.83 | 9,190.56 |
| | | | Fees       2,036.01 | 3110-000 | | | |
| | | | Page Subtotals | | 16,967.00 | 7,776.44 | |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-09355 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | DETOGNE, GREGORY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6272  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5579 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses    5.82 | 3120-000 | | | |
| 09/09/16 | 300005 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,017.99 | 8,172.57 |
| 09/09/16 | 300006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 44.47025% | 7100-000 | | 3,885.21 | 4,287.36 |
| 09/09/16 | 300007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 44.47015%<br>(2-1) AMAZON.COM CONSUMER | 7100-000 | | 1,153.20 | 3,134.16 |
| 09/09/16 | 300008 | JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183 | Claim 000003, Payment 44.47032% | 7100-000 | | 599.50 | 2,534.66 |
| 09/09/16 | 300009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 44.47014% | 7100-000 | | 2,534.66 | 0.00 |
| * 09/15/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Trustee Compensation | 2100-003 | | -2,111.70 | 2,111.70 |
| 09/15/16 | 300010 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Trustee Compensation | 2100-000 | | 2,111.70 | 0.00 |

Page Subtotals        0.00        9,190.56

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-09355 -ABG |
| Case Name: | DETOGNE, GREGORY |
| Taxpayer ID No: | *******5579 |
| For Period Ending: | 10/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6272  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,967.00 | 16,967.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,967.00 | 16,967.00 | |
| Less: Payments to Debtors | | 3,350.00 | |
| Net | 16,967.00 | 13,617.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6272 | 16,967.00 | 13,617.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,967.00 | 13,617.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*